IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORDAN NATHANIEL MITCHELL, )
)
        Plaintiff, )
)
  v. ) 1:15CV566
)
SGT. GREEN, et al., )
)
        Defendant(s). )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 23, 2015, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636, although Plaintiff did file a motion for additional time (Doc. 8). The court granted that motion, but the time has expired without any further filing by Plaintiff.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that with the exception of Plaintiff's claim against Defendant Green for refusing to allow Plaintiff to decontaminate before returning to his cell and for placing him in a cell that was not properly cleaned of pepper spray, this action is dismissed pursuant to 28 U.S.C. § 1915A and § 1915(e)(2) for

being frivolous or for failing to state a claim upon which relief may be granted.

                                                  /s/   Thomas D. Schroeder
                                              United States District Judge

October 29, 2015